■ In the Matter of RANDY JONES, Petitioner, v HAROLD GRAHAM, as Superintendent of Auburn Correctional Facility, Respondent. [995 NYS2d 533]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Stein, Rose, Egan Jr. and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.